# Third District Court of Appeal
## State of Florida

Opinion filed May 18, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1654
Lower Tribunal No. 20-5401 CC
_____

**Rehab Restoration, LLC, etc.,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Valiente, Carollo & McElligott, PLLC, and Caroline M. Carollo and Matthew McElligott, for appellant.

Cole, Scott & Kissane, P.A., and David C. Borucke (Tampa), for appellee.

Before SCALES, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.